HOMER M. SHARPE, ADMINISTRATOR OF THE ESTATE OF BRENDA ADELINE
SHARPE v. DR. V. WATSON PUGH

No. 26

(Filed 26 November 1974)

Appeal and Error § 46 — Court evenly divided — judgment affirmed —
no precedent

Where the Court was equally divided on the question presented
and one Justice did not participate in the hearing or disposition of
the case, the decision of the Court of Appeals is affirmed without
becoming a precedent.

Chief Justice BOBBITT not sitting.

The plaintiff, administrator of his infant daughter's estate,
instituted his civil action in the superior court against the de-
fendant, her attending physician, alleging her death was proxi-
mately caused by the defendant's negilgence in administering
chloromycetin as treatment for tonsillitis when he knew, or
should have known, the use of this powerful drug is often
attended by dangerous side effects, including aplastic anemia,
and that such use is not recommended by the manufacturer as
treatment for intestate's ailments; notwithstanding such knowl-
edge, defendant administered the drug without explaining the
danger to the infant's parents and that thereafter aplastic
anemia developed from the use of the drug and caused intes-
tate's death.

The defendant, by answer, admitted the relationship of
physician and patient and that he administered chloromycetin
without notifying the parents of his infant patient of the dan-
ger incident to the use of the drug. He denied all other material
allegation of the complaint.

At the close of the plaintiff's evidence, which included the
defendant's adverse examination, Judge Bone sustained defend-
ant's motion for a directed verdict and entered judgment dis-
missing the action.

On plaintiff's appeal, the North Carolina Court of Appeals
affirmed the judgment of the superior court. (21 N.C. App.
110, 203 S.E. 2d 330.) On plaintiff's application, this Court
granted certiorari.

Sharpe v. Pugh

*Boyce, Mitchell, Burns & Smith by F. Kent Burns and Eugene Boyce for plaintiff appellant.*

*Maupin, Taylor & Ellis by W. W. Taylor, Jr. and Richard C. Titus; Manning, Fulton & Skinner by Howard E. Manning for defendant appellee.*

PER CURIAM

Chief Justice Bobbitt did not participate in the hearing or disposition of this case. The six members of the Court who heard the appeal were equally divided on the question whether the decision of the Court of Appeals should be affirmed or reversed. This equal division requires that the decision of the Court of Appeals be affirmed without becoming a precedent. *Parrish v. Piedmont Publishing Co.,* 271 N.C. 711, 157 S.E. 2d 334; *James v. Rogers,* 231 N.C. 668, 58 S.E. 2d 640; *Gardner v. McDonald,* 223 N.C. 854, 25 S.E. 2d 397; *Smith v. McDowell Furniture Co.,* 221 N.C. 536, 19 S.E. 2d 17.

Affirmed.

Chief Justice BOBBITT not sitting.